**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     The City of Houston v. Frank Nicolai and Debora Nicolai as parents of
                         Caroline Nicolai, deceased

Appellate case number:   01-20-00327-CV

Trial court case number: 2013-75121

Trial court:             164th District Court of Harris County

Appellant, the City of Houston, has filed a "Motion to Transfer Record from Prior Related Appeal." The motion is **granted**.

Accordingly, we order the Clerk of this Court to transfer the clerk's record in appeal number 01-16-00184-CV, styled *City of Houston v. Frank Nicolai and Debora Nicolai as parents of Caroline Nicolai, deceased*, to the present appeal, appellate number 01-20-00327-CV, styled *City of Houston v. Frank Nicolai and Debora Nicolai as parents of Caroline Nicolai, deceased*. The transferred record will be designated as volume 1 of the clerk's record in the present appeal.

It is so ORDERED.

Judge's signature: _____ /s/ Julie Countiss _____
                              Acting individually


Date: April 28, 2020